# Notice Recipients

District/Off: 1126–2     User: sgibson     Date Created: 11/2/2015
Case: 15–02935–MAM7     Form ID: b18     Total: 66

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8714481   Spring Hill
                                                                         TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty   Brent William Davis   brent@brentwdavis.com
aty   JASON CHRISTOPHER PARKER   chrisp@amfirst.org
                                                                         TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Brittany Star Wilkerson   383 Savannah Circle   Calera, AL 35040
tr   Thomas E Reynolds   Reynolds Legal Solutions, LLC   300 Richard Arrington Jr. Blvd. N   Suite 503   Birmingham, AL 35203
cr   America's First Federal Credit Union   PO Box 11349   Birmingham, AL 35202
cr   WELLS FARGO BANK, N.A.   3476 Stateview Blvd   MAC D3347–014   Fort Mill, SC 29715
smg   Thomas Corbett   BA Birmingham   1800 5th Avenue North   Birmingham, AL 35203
8714440   ARS For Capital One Bank   PO BOX 469046   Escondido, CA 92046–9046
8714437   Acs/bank Of America   Acs Educatoin Svcs   Utica, NY 13501
8714439   Amca   2269 S Saw Mill   Elmsford, NY 10523
8714435   America's First Federal Credit Union   Member Services Department   Po Box 11349   Birmingham, AL 35202
8714441   Buddy's Home Furnishings   9260 Hwy 119   Alabaster, AL 35007
8714445   COmenity Bank/ Care Credit GE   PO BOX 12966   Roanoke, VA 24030–2966
8714442   Cach Llc/Square Two Financial   Attention: Bankruptcy   4340 South Monaco St. 2nd Floor   Denver, CO 80237
8714443   Capital One   Attn: Bankruptcy   Po Box 30285   Salt Lake City, UT 84130
8714444   Capital One Bank   c/o ARS Dept 110840   PO BOX 1259   Oaks, PA 19456
8714446   Comenity Bank/Maurices   Attention: Bankruptcy   Po Box 182686   Columbus, OH 43218
8714447   Comenity Bank/vctrssec   Po Box 182789   Columbus, OH 43218
8714448   Comenity Capital Bank   c/o ACI   2420 Sweet Home Rd STE 150   Buffalo, NY 14228–2244
8714449   Crd Prt Asso   Attn: Bankruptcy   Po Box 802068   Dallas, TX 75380
8714450   Credit First Firestone   c/o Mccarhty Burgess   26000 Canyon Rd   Bedford, OH 44146
8714451   Credit First/CFNA   Bk13 Credit Operations   Po Box 818011   Cleveland, OH 44181
8714452   Cunningahm Pathology   POB OX 281100   Atlanta, GA 30384–1100
8714453   Dept Of Ed/navient   Po Box 9635   Wilkes Barre, PA 18773
8714454   Dpt Ed/slm   Po Box 9635   Wilkes Barre, PA 18773
8714455   East Alabama Medical Center   2000 Pepperell Pkw   Opelika, AL 36801
8714456   Eastern Account System INC.   Attn: Bankruptcy Dept.   Po Box 837   Newtown, CT 06470
8714457   First National Bank   Attention:FNN Legal Dept   1620 Dodge St. Stop Code: 3290   Omaha, NE 68197
8714458   First National Bank of Omaha   P.O. Box 105474   Omaha, NE 68103
8714459   First National Bank of Omaha   c/o Taylor Law PLLC   PO BOX 436709   Louisville, KY 40253–6709
8714460   Ford Motor Credit Corporation   Ford Motor Credit   Po Box 6275   Dearborn, MI 48121
8714461   GECRB/JC Penny   Attention: Bankruptcy   Po Box 103104   Roswell, GA 30076
8714462   GECRB/Lowes   Attention: Bankruptcy Department   Po Box 103104   Roswell, GA 30076
8714463   GECRB/Old Navy   Attn: Bankruptcy   Po Box 130104   Roswell, GA 30076
8714464   Gemb/walmart   Attn: Bankruptcy   Po Box 103104   Roswell, GA 30076
8714465   Hunter Warfield   Attention: Collections Department   4620 Woodland Corporate Blvd   Tampa, FL 33614
8714466   Internal Revenue Service   CIO: Bankruptcy   POB 7346   Philadelphia, PA 19101–7346
8714467   Internal Revenue Service TCS   insolvency   801 Tom Martin Drive   Birmingham, AL 35211
8714468   Jefferson County Sewer Services   ATTN: Billing   716 Richard Arrington Jr # 800   Birmingham, AL 35203–0123
8714469   Joyce W Vance   Us Attorney Northern District of Alabama   1801 4th Ave N   Birmingham, AL 35203
8714470   Lister Healthcare Corp Lab   PO BOX 298   Florence, AL 35631–0298
8714471   Lister Healthcare Corp Radiology   PO BOX 298   Florence, AL 35631–0298
8714473   Navient   Po Box 9500   Wilkes Barre, PA 18773
8714474   Portfolio Recovery Ass   120 Corporate Blvd Ste 1   Norfolk, VA 23502
8714475   Progressive leasing   10619 South Jordan Gateway   STE 100   South Jordan, UT 84095
8714476   Quest Diagnostics   PO Box 740777   Cincinnati, OH 45274–0777
8714477   Receivables Performanc   20816 44th Ave W   Lynnwood, WA 98036
8714478   Regions Bank   Po Box 11007   Birmingham, AL 35288
8714479   Shelby County Tax Collector   102 Depot Street   Columbiana, AL 35051–9332
8714480   Slm Financial Corp   11100 Usa Pkwy   Fishers, IN 46037
8714482   Spring Hill College   400 Dauphin St   Mobile, AL 36608
8714483   State of Ala Dept of Revenue   POB 154   Montgomery, AL 36135–0001

| | | | |
|---|---|---|---|
| 8714484 | Syncb/belk | Po Box 965028 | Orlando, FL 32896 |
| 8714485 | Syncb/care Credit | C/o Po Box 965036 | Orlando, FL 32896 |
| 8714486 | Synchrony Bank/ Lowes | c/o Nationwide Credit Inc   PO BOX 26314 | Lehigh Valley, PA 18002–6314 |
| 8714487 | Synchrony Bank/ WalMart | c/o PRA Dept 922   PO BOX 4115 | Concord, CA 94524 |
| 8714488 | Synchrony Captial Retail BAnk | PO BOX 12966 | Roanoke, VA 24030–2966 |
| 8715558 | U S Attorney | 1801 4th Ave North | Birmingham, AL 35203 |
| 8714489 | US Atty General/Office of US Atty Gen. | US Department of Justice   950 Pennsylvania Ave | Washington, DC 20530–0001 |
| 8714490 | Webbank/fingerhut | 6250 Ridgewood Rd | Saint Cloud, MN 56303 |
| 8714491 | Weisfield Jewelers/Sterling Jewelers Inc | Attn: Bankruptcy   Po Box 1799 | Akron, OH 44309 |
| 8714436 | Wells Fargo Hm Mortgag | 8480 Stagecoach Cir | Frederick, MD 21701 |
| 8714492 | Wfdillards | Po Box 14517 | Des Moines, IA 50306 |
| 8714438 | alabama Bone & Joint | PO BOX 1826 | Pelham, AL 35124–5826 |
| 8714472 | montevallo family medicine | 33 salem Rd, STE 1 | Montevallo, AL 35115–4216 |

TOTAL: 63